<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOEY W. JACKSON,  :<br><br>Plaintiff,  :<br><br>v.  :<br><br>STATE OF NEW JERSEY  :<br>DEPARTMENT OF HUMAN SERVICES, :<br><br>Defendant.  : | Civil No. 11-2592(GEB)<br><br>**OPINION AND ORDER** |

**<u>BROWN, Chief Judge</u>**

Plaintiff Joey W. Jackson ("Jackson") filed a complaint on May 2, 2011, that opened the above captioned case in this Court. (Doc. No. 1.) It appears that:

1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

3. Jackson did not prepay $350.00; rather, he submitted an application to proceed in this matter *in forma pauperis* (IFP application), pursuant to 28 U.S.C. § 1915. (IFP Application; Doc. No. 1-2.)

4. Having considered Jackson's IFP application, the Court concludes that Jackson has adequately established that his financial condition renders payment of the $350.00 filing fee a hardship.

Therefore, for the foregoing reasons;

IT IS THIS 14th day of June, 2011, hereby

ORDERED that Jackson's IFP application is GRANTED;

ORDERED that the Clerk of the Court FILE Jackson's complaint.

    /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.